Charles A. Carlson, appellee, v. Louis Huch, appellant. Gen. No. 27,337.

Action for damage to plaintiff's automobile in a collision with an automobile driven by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Jacob Levy, for appellant. R. J. Lavery and Arne B. Hummeland, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

L. C. Wheaton, appellee, v. Anton Blau, appellant. Gen. No. 27,351.

Action for balance due for painting, papering and calcimining. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Thomas A. Graham, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Hyman Soboroff, for appellant. William A. Adams and Harry Tanner Adams, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Kriebel & Company, appellee, v. Allen Filter Service, appellant. Gen. No. 27,366.

Action for damages resulting from a leak in a water cooler installed by defendant in plaintiff's premises. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. Rehearing denied July 10, 1922.

Willis Melville and L. A. Gilmore, for appellant. Robert F. Kolb, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Barnett Cohen, appellee, v. Schiff & Company State Bank, appellant. Gen. No. 27,376.

Action to recover money delivered to defendant to purchase rubles for plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

Edelson, Paullin & Goldberg, for appellant; Hyland J. Paullin, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.